**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERICA ROSS,**<br><br>    Plaintiff,<br><br>vs.<br><br>**CREDENCE RESOURCE MANAGEMENT, LLC,**<br><br>    Defendant(s). | Case No.: 2:21−cv−09864 PA (JCx)<br><br>**ORDER RE:  JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Having considered the parties' joint stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefor, the Court hereby orders:

1. This action is dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: March 18, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER